1  Jay M. Spillane (SBN 126364)
   Ruth M. Moore (SBN 216848)
2  FOX & SPILLANE LLP
   1880 Century Park East, Suite 1004
3  Los Angeles, CA 90067
   Telephone:  (310) 229-9300
4  Fax:  (310) 229-9380

5  Attorneys for Defendants
   SHADE TREE SYSTEMS, INC., and
6  CHERRY BLOSSOM SOLUTION, INC.

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

Priority ____
Send ____ ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

10

11  WILLIAM SILVERSTEIN,                    CASE NO. CV 05 7671 AHM (JTLx)

12                   Plaintiff,             **STIPULATION TO CONTINUE
                                            RULE 16(b) SCHEDULING
13        vs.                               CONFERENCE; [PROPOSED]
                                            ORDER**
14  SHADE TREE SYSTEMS, INC., a
    Delaware corporation; WEB               **Current Date: January 23, 2006
15  ENTERTAINMENT GROUP, INC., a            Proposed Date: February 13, 2006**
    Florida corporation; VIVID
16  ENTERTAINMENT, LLC, a California
    corporation; CRAZY PROTOCOL
17  COMMUNICATIONS, INC., a California
    corporation; UNTITLED MEDIA, INC., an
18  Arizona corporation; CHERRY BLOSSOM
    SOLUTION, INC., a Delaware corporation;
19  and DOES 1-50

20                   Defendants.

21

22

23

24

25

26

27

28

DOCKETED ON CM

JAN 1 2 2006

BY _____ 077

Fox & Spillane LLP

**ORIGINAL**

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER

1    Subject to approval by the Court, the parties have agreed and stipulated that in

2    the interests of judicial economy the Rule 16(b) Scheduling Conference presently

3    calendared for January 23, 2006 at 1:30 p.m. be continued from that date and

4    rescheduled for February 13, 2006 at 10:00 a.m., such that it will be held concurrently

5    with the hearing on Plaintiff's motion to remand this action to the Los Angeles

6    Superior Court.

7    This stipulation is based upon the following facts:

8    1.    This case comes before this Court pursuant to a Notice of Removal filed

9    by defendants Shade Tree Systems, Inc. and Cherry Blossom Solution, Inc.  Vivid

10    Entertainment, LLC and Crazy Protocol Communications, Inc., who are the only other

11    remaining defendants in this action, joined in the removal.

12    2.    On October 27, 2005, the Court issued its Initial Order Following Filing

13    of Complaint Assigned to Judge Matz.

14    3.    On November 17, 2005, the Court issued its Order Setting Rule 26(f)

15    Scheduling Conference.  This order scheduled the Rule 16(b) conference for this case

16    for January 23, 2006 at 1:30 p.m.

17    4.    On November 20, 2005, Plaintiff William Silverstein ("Plaintiff") filed a

18    motion to remand this case to the Los Angeles Superior Court.  The defendants intend

19    to oppose Plaintiff's motion.  The hearing on Plaintiff's motion is presently scheduled

20    for February 13, 2006 at 10:00 a.m.

21    5.    Pursuant to the Court's November 17, 2005 Order, Plaintiff in *pro se* and

22    the remaining defendants through their counsel of record met on December 30, 2005 to

23    conduct the Rule 26(f) Conference of the Parties.

24    6.    During this conference, the parties discussed the effect of Plaintiff's

25    pending motion on the scheduling and case management of this action.  While the

26    parties reached various agreements with respect to case management and scheduling

27    during that conference, the parties agreed that it would be inefficient or premature to

28

Fox & Spillane LLP

1

finalize case management or scheduling orders prior to a ruling by the Court on

Plaintiff's pending motion.

7.     Accordingly, Plaintiff and Defendants have stipulated, and ask this Court

to order, that the Rule 16(b) conference scheduled for January 23, 2006 at 1:30 p.m. be

continued to February 13, 2006 at 10:00 a.m., immediately following this Court's

ruling on Plaintiff's motion for remand.

Respectfully submitted,

Dated: January _11_, 2006                    WILLIAM SILVERSTEIN, in pro per

                                             By: _____
                                                    William Silverstein, Plaintiff

Dated: January __, 2006                      FOX & SPILLANE LLP


                                             By: _____
                                                    Jay M. Spillane
                                             Attorneys for Defendants SHADE TREE
                                             SYSTEMS, INC., and CHERRY BLOSSOM
                                             SOLUTION, INC.

Dated: January __, 2006                      LABOWE LABOWE & HOFFMAN LLP


                                             By: _____
                                                    Mark Hoffman
                                             Attorneys for Defendant VIVID
                                             ENTERTAINMENT, LLC

Fox & Spillane LLP

2

1 finalize case management or scheduling orders prior to a ruling by the Court on

2 Plaintiff's pending motion.

3     7.     Accordingly, Plaintiff and Defendants have stipulated, and ask this Court

4 to order, that the Rule 16(b) conference scheduled for January 23, 2006 at 1:30 p.m. be

5 continued to February 13, 2006 at 10:00 a.m., immediately following this Court's

6 ruling on Plaintiff's motion for remand.

7

8 Respectfully submitted,

9 Dated: January __, 2006            WILLIAM SILVERSTEIN, *in pro per*

10

11                                      By: _____

12                                            William Silverstein, Plaintiff

13 Dated: January 12, 2006            FOX & SPILLANE LLP

14

15                                      By: _____

16                                           Ruth M. Moore

                                          Attorneys for Defendants SHADE TREE

17                                           SYSTEMS, INC., and CHERRY BLOSSOM

18                                           SOLUTION, INC.

19
20 Dated: January __, 2006            LABOWE LABOWE & HOFFMAN LLP

21

22                                      By: _____

23                                           Mark Hoffman

                                          Attorneys for Defendant VIVID

                                          ENTERTAINMENT, LLC

24

25

26

27

28

Fox & Spillane LLP

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER

1  finalize case management or scheduling orders prior to a ruling by the Court on

2  Plaintiff's pending motion.

3      7.    Accordingly, Plaintiff and Defendants have stipulated, and ask this Court

4  to order, that the Rule 16(b) conference scheduled for January 23, 2006 at 1:30 p.m. be

5  continued to February 13, 2006 at 10:00 a.m., immediately following this Court's

6  ruling on Plaintiff's motion for remand.

7

8  Respectfully submitted,

9  Dated: January __, 2006          WILLIAM SILVERSTEIN, *in pro per*

10

11                                   By: _____
                                         William Silverstein, Plaintiff

12

13  Dated: January __, 2006          FOX & SPILLANE LLP

14

15                                   By: _____
                                         Jay M. Spillane
16                                   Attorneys for Defendants SHADE TREE
17                                   SYSTEMS, INC., and CHERRY BLOSSOM
                                     SOLUTION, INC.
18

19  Dated: January 12, 2006          LABOWE LABOWE & HOFFMAN LLP

20

21                                   By: _____
                                         Mark Hoffman
22                                   Attorneys for Defendant VIVID
23                                   ENTERTAINMENT, LLC

24

25

26

27

28

Fox & Spillane LLP

2

Dated: January 9, 2006          DILLON & SIMONSEN, APC

                                By: _____ for
                                    Nadya Spivack
                                    Attorneys for Defendant CRAZY PROTOCOL
                                    COMMUNICATIONS, INC.


                                ORDER

Having considered the Stipulation to Continue Rule 16(b) Scheduling

Conference submitted by all of the remaining parties to this action, and finding good

cause therefor,

    IT IS HEREBY ORDERED that the Rule 16(b) conference scheduled for

January 23, 2006 at 1:30 p.m. is continued from that date and will instead be

conducted on February 13, 2006 at ~~10:00 a.m., immediately~~ *1:30 pM* following this Court's

ruling on Plaintiff's motion for remand.


Dated: 1/12 _____, 2006

                                _____
                                Hon. A. Howard Matz
                                United States District Judge

Fox & Spillane LLP

1 | Dated: January __, 2006      DILLON & SIMONSEN, APC

2

3 | By: _____

4 | Nadya Spivack
Attorneys for Defendant CRAZY PROTOCOL

5 | COMMUNICATIONS, INC.

6

7 | <u>ORDER</u>

8 | Having considered the Stipulation to Continue Rule 16(b) Scheduling

9 | Conference submitted by all of the remaining parties to this action, and finding good

10 | cause therefor,

11 | IT IS HEREBY ORDERED that the Rule 16(b) conference scheduled for

12 | January 23, 2006 at 1:30 p.m. is continued from that date and will instead be

13 | conducted on February 13, 2006 at 10:00 a.m., immediately following this Court's

14 | ruling on Plaintiff's motion for remand.

15

16

17 | Dated: _____, 2006

18

19

20 | _____
Hon. A. Howard Matz
United States District Judge

21

22

23

24

25

26

27

28

Fox & Spillane LLP

3

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )  ss
COUNTY OF LOS ANGELES        )

       I am employed in Los Angeles County, California, over the age of 18 years, and not a party to this action.  My business address is Fox & Spillane LLP, 1880 Century Park East, Suite 1004, Los Angeles, California 90067. On January 12, 2006, I served the following document(s):

**STIPULATION TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE; [PROPOSED] ORDER**

☐    I sent the document (s) from facsimile machine (310) 229-9380 on January 12, 2006.  I certify that the transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 229-9380 that confirms the transmission and receipt.  The transmission was reported as complete and without error.  Thereafter, I mailed a copy to the interested party(ies) in this action by placing a true copy of it enclosed in sealed envelope(s) addressed to the parties listed below.

☒    by placing the document(s) listed above in a sealed envelope with first class postage on it/them fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

*See Attached Service List*

      With respect to documents sent by mail, I readily am familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, in the ordinary course of business correspondence would be deposited with the U.S. Postal Service on that same day with first class postage on it fully prepaid.  I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in an office of a member of the Bar of the Court at whose direction this service was made.

      Executed on January 12, 2006, at Los Angeles, California.

                                   Yta Lewis

Fox & Spillane LLP

PROOF OF SERVICE

*William Silverstein v. Shade Tree Systems, Inc., et al.*
Case No.  CV05-7671 AHM (JTLx)

*Plaintiff*
William Silverstein
741 Irolo Street, #306
Los Angeles, California  90005

*Attorneys for Defendant Web Entertainment Group Inc.*
Theodore Monroe, Esq.
865 S. Figueroa Street, Suite 2600
Los Angeles, California  90017

*Attorneys for Defendant Vivid Entertainment, LLC*
Mark S. Hoffman, Esq.
Labowe, Labowe & Hoffman
1631 W. Beverly Boulevard, 2nd Floor
Los Angeles, California  90026

Paul J. Cambria, Jr.
Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

*Attorneys for Defendant Crazy Protocol Communications, Inc.*
Tim Dillon, Esq.
Dillon & Simonsen
4660 La Jolla Village Drive, Suite 775
San Diego, California  92122

*Attorneys for Defendant Untitled Media, Inc.*
Christopher R. Clark
Fingal, Fahrney& Clark
5120 Campus Drive, Suite 200
Newport Beach, California 92660

Fox & Spillane LLP

2

PROOF OF SERVICE