Jay M. Spillane (SBN 126364)
Ruth M. Moore (SBN 216848)
FOX & SPILLANE LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067
Telephone: (310) 229-9300
Fax: (310) 229-9380

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2006 JAN 30 PM 1
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Attorneys for Defendants
SHADE TREE SYSTEMS, INC., and
CHERRY BLOSSOM SOLUTION, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WILLIAM SILVERSTEIN,

Plaintiff,

vs.

SHADE TREE SYSTEMS, INC., a Delaware corporation; WEB ENTERTAINMENT GROUP, INC., a Florida corporation; VIVID ENTERTAINMENT, LLC, a California corporation; CRAZY PROTOCOL COMMUNICATIONS, INC., a California corporation; UNTITLED MEDIA, INC., an Arizona corporation; CHERRY BLOSSOM SOLUTION, INC., a Delaware corporation; and DOES 1-50

Defendants.

CASE NO. CV 05 7671 AHM (JTLx)

**STIPULATION TO REMAND ACTION; ~~[PROPOSED]~~ ORDER**

Date: February 13, 2006
Time: 10:00 a.m.
Crtrm: 14

DOCKETED ON CM
FEB - 1 2006
BY 022

ORIGINAL

WHEREAS on or about October 26, 2005 Defendants Shade Tree Systems, Inc. ("Shade Tree") and Cherry Blossom Solution, Inc. ("Cherry Blossom") filed a Notice of Removal of this action from the Los Angeles Superior Court ("Superior Court"), Case No. BC 340018, in which certain other defendants joined; and

WHEREAS Plaintiff William Silverstein ("Silverstein") has filed a motion to remand this action to the Superior Court on the grounds that not all defendants timely joined in the removal, which motion is set to be heard on February 13, 2006; and

WHEREAS in order to avoid the expense and risk of litigating the joinder issues, all parties remaining in this action, namely, Silverstein, Shade Tree, Cherry Blossom, Defendant Vivid Entertainment, LLC ("Vivid") and Defendant Crazy Protocol Communications, Inc. ("Crazy Protocol"), have agreed to remand the action to the Superior Court;

WHEREFOR the undersigned parties stipulate that this action may be remanded to the Superior Court. All parties will bear their own fees and costs.

Dated: January 27 2006

William Silverstein

Dated: January 26, 2006

FOX & SPILLANE LLP

By: Jay M. Spillane
Attorneys for Defendants SHADE TREE SYSTEMS, INC., and CHERRY BLOSSOM SOLUTION, INC.

WHEREAS on or about October 26, 2005 Defendants Shade Tree Systems, Inc. ("Shade Tree") and Cherry Blossom Solution, Inc. ("Cherry Blossom") filed a Notice of Removal of this action from the Los Angeles Superior Court ("Superior Court"), Case No. BC 340018, in which certain other defendants joined; and

WHEREAS Plaintiff William Silverstein ("Silverstein") has filed a motion to remand this action to the Superior Court on the grounds that not all defendants timely joined in the removal, which motion is set to be heard on February 13, 2006; and

WHEREAS in order to avoid the expense and risk of litigating the joinder issues, all parties remaining in this action, namely, Silverstein, Shade Tree, Cherry Blossom, Defendant Vivid Entertainment, LLC ("Vivid") and Defendant Crazy Protocol Communications, Inc. ("Crazy Protocol"), have agreed to remand the action to the Superior Court;

WHEREFOR the undersigned parties stipulate that this action may be remanded to the Superior Court. All parties will bear their own fees and costs.

Dated: January __, 2006

______________________
William Silverstein

Dated: January 26, 2006

FOX & SPILLANE LLP

By: ______________________
Jay M. Spillane
Attorneys for Defendants SHADE TREE SYSTEMS, INC., and CHERRY BLOSSOM SOLUTION, INC.



Dated: January 27, 2006

LABOWE LABOWE & HOFFMAN LLP

By: [signature]
Mark Hoffman
Attorneys for Defendant VIVID ENTERTAINMENT, LLC

Dated: January __, 2006

DILLON & SIMONSEN, APC

By: ____________________
Nadya Spivack
Attorneys for Defendant CRAZY PROTOCOL COMMUNICATIONS, INC.

**ORDER**

Good cause appearing therefore, the Court hereby ORDERS that this action shall be remanded to the Los Angeles Superior Court. All parties shall bear their own fees and costs.

Dated: 1/31/2006

[signature]
Hon. A. Howard Matz
Judge, United States District Court

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

Dated: January __, 2006

LABOWE LABOWE & HOFFMAN LLP

By: ______________________
Mark Hoffman
Attorneys for Defendant VIVID ENTERTAINMENT, LLC

Dated: January 28, 2006

DILLON & SIMONSEN, APC

By: ______________________
Nadya Spivack
Attorneys for Defendant CRAZY PROTOCOL COMMUNICATIONS, INC.

**O R D E R**

Good cause appearing therefore, the Court hereby ORDERS that this action shall be remanded to the Los Angeles Superior Court. All parties shall bear their own fees and costs.

Dated: ____________

______________________
Hon. A. Howard Matz
Judge, United States District Court

Dated: January __, 2006

LABOWE LABOWE & HOFFMAN LLP

By: ____________________________
Mark Hoffman
Attorneys for Defendant VIVID ENTERTAINMENT, LLC

Dated: January __, 2006

DILLON & SIMONSEN, APC

By: ____________________________
Nadya Spivack
Attorneys for Defendant CRAZY PROTOCOL COMMUNICATIONS, INC.

**ORDER**

Good cause appearing therefore, the Court hereby ORDERS that this action shall be remanded to the Los Angeles Superior Court. All parties shall bear their own fees and costs.

Dated: ____________

____________________________________
Hon. A. Howard Matz
Judge, United States District Court

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in Los Angeles County, California, over the age of 18 years, and not a party to this action. My business address is Fox & Spillane LLP, 1880 Century Park East, Suite 1004, Los Angeles, California 90067. On January 30, 2006, I served the following document(s):

**STIPULATION TO REMAND ACTION; [PROPOSED] ORDER**

☐ I sent the document (s) from facsimile machine (310) 229-9380 on January 30, 2006. I certify that the transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 229-9380 that confirms the transmission and receipt. The transmission was reported as complete and without error. Thereafter, I mailed a copy to the interested party(ies) in this action by placing a true copy of it enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with first class postage on it/them fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

***See Attached Service List***

With respect to documents sent by mail, I readily am familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, in the ordinary course of business correspondence would be deposited with the U.S. Postal Service on that same day with first class postage on it fully prepaid. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in an office of a member of the Bar of the Court at whose direction this service was made.

Executed on January 30, 2006, at Los Angeles, California.

Yta Lewis

*William Silverstein v. Shade Tree Systems, Inc., et al.*
Case No. CV05-7671 AHM (JTLx)

***Plaintiff***
William Silverstein
741 Irolo Street, #306
Los Angeles, California 90005

***Attorneys for Defendant Web Entertainment Group Inc.***
Theodore Monroe, Esq.
865 S. Figueroa Street, Suite 2600
Los Angeles, California 90017

***Attorneys for Defendant Vivid Entertainment, LLC***
Mark S. Hoffman, Esq.
Labowe, Labowe & Hoffman
1631 W. Beverly Boulevard, 2nd Floor
Los Angeles, California 90026

Paul J. Cambria, Jr.
Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

***Attorneys for Defendant Crazy Protocol Communications, Inc.***
Tim Dillon, Esq.
Dillon & Simonsen
4660 La Jolla Village Drive, Suite 775
San Diego, California 92122

***Attorneys for Defendant Untitled Media, Inc.***
Christopher R. Clark
Fingal, Fahrney& Clark
5120 Campus Drive, Suite 200
Newport Beach, California 92660